ROSS ET AL., APPELLEES, *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY, APPELLANT.

[Cite as *Ross v. Nationwide Mut. Ins. Co.* (1992), 63 Ohio St.3d 33.]

(No. 91–41—Submitted January 7, 1992—Decided February 19, 1992.)

*Clark, Perdue & Roberts Co., L.P.A., Douglas S. Roberts* and *Glen R. Pritchard,* for appellees.

*Crabbe, Brown, Jones, Potts & Schmidt, William H. Jones* and *Andrew W. Cecil,* for appellant.

*David E. Cruikshank; Nelson, Sweet & Hurley* and *John J. Hurley; Curry & Pasqualone* and *Gary L. Pasqualone,* urging affirmance for *amici curiae,* Stanley J. Ruck, executor, and individual relatives of Ann Ruck, deceased.

*Hamilton, Kramer, Myers & Cheek* and *James R. Gallagher,* urging reversal for *amicus curiae,* State Farm Mutual Automobile Insurance Company.

---

This cause came before the court upon the certification of the court of appeals that its judgment conflicted with the judgments of the Court of Appeals for Stark County in *Smith v. Erie Ins. Group* (1990), 61 Ohio App.3d 794, 573 N.E.2d 1174; the Court of Appeals for Stark County in *Monnot v. Motorist Mut. Ins. Co.* (Mar. 27, 1989), Stark App. No. CA–7632, unreported, 1989 WL 28687; the Court of Appeals for Lucas County in *Hill v. State Farm Mut. Auto. Ins. Co.* (Nov. 10, 1988), as amended (Nov. 22, 1988), Lucas App. No. L–87–382, unreported; and the Court of Appeals for Cuyahoga County in *Tavzel v. Aetna Life & Cas. Co.* (June 16, 1988), Cuyahoga App. No. 53931, unreported, 1988 WL 86717, upon the following questions:

"1. Whether the holding in the second paragraph of the Supreme Court's decision in *Sexton* [*v. State Farm Mut. Auto. Ins. Co.* (1982), 69 Ohio St.2d 431, 23 O.O.3d 385, 433 N.E.2d 555], *supra,* is limited to those situations where the insured has suffered damages arising from a legally enforceable financial obligation.

"2. Whether the action sought by individuals as in the present case is too remote from the intent of the legislators in enacting R.C. 3937.18."

We find that the judgments of the courts of appeals do not conflict on the certified questions. Accordingly, the appeal is dismissed. *State v. Parobek* (1990), 49 Ohio St.3d 61, 550 N.E.2d 476.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and WOLFF, JJ., concur.

WILLIAM H. WOLFF, JR., J., of the Second Appellate District, sitting for RESNICK, J.